Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10 N. Dearborn Street, 3rd Floor
Chicago, IL 60602
Tel: 323-988-2400 x235
Fax: 866-583-3695
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
MARIA BALMACEDA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA BALMACEDA, | ) |
| Plaintiff, | ) **Case No.: 3:11-cv-2780-H-WMC** |
| v. | ) **NOTICE OF SETTLEMENT** |
| GC SERVICES, LP, | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, MARIA BALMACEDA, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

KROHN & MOSS, LTD.

By: /s/ Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff

- 1 -

NOTICE OF SETTLEMENT

# CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted by electronic mail to the following:

Brad Batig

brad.batig@gcserv.com

/s/ Michael S. Agruss

Michael S. Agruss

Attorney for Plaintiff