Douglas Baek (SBN: 258321)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Ste 401
Los Angeles, CA 90025
Tel: 323-988-2400 x244
Fax: 866-829-5083
dbaek@consumerlawcenter.com
Attorneys for Plaintiff,
MARIA BALMACEDA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BALMACEDA, | Case No.: 3:11-cv-2780-H-WMC |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| GC SERVICES, LP, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

MARIA BALMACEDA (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP (Defendant), in this case.

1  DATED:  April 6, 2012                    RESPECTFULLY SUBMITTED,

2                                           KROHN & MOSS, LTD.

3

4                                           By:  /s/ Douglas Baek

5
                                            Douglas Baek (SBN: 258321)
6                                           Krohn & Moss, Ltd.
                                            10474 Santa Monica Blvd, Ste 401
7                                           Los Angeles, CA 90025
                                            Tel: 323-988-2400 x244
8                                           Fax: 866-829-5083
                                            dbaek@consumerlawcenter.com
9                                           Attorneys for Plaintiff,
                                            MARIA BALMACEDA
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Notice of Voluntary Dismissal

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was mailed to Defendant at the below address.

GC Services, LP

6330 Gulfton

Houston TX 77081

By: /s/ Douglas Baek

Douglas Baek (SBN: 258321)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Ste 401
Los Angeles, CA 90025
Tel: 323-988-2400 x244
Fax: 866-829-5083
dbaek@consumerlawcenter.com
Attorneys for Plaintiff,
MARIA BALMACEDA